# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JAMES O. SAMUEL, II, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:19-cv-109 |
| v. | * | |
| WARDEN OF FCI JESUP, | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 3. Petitioner James Samuel ("Samuel") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DISMISSES without prejudice** Samuel's 28 U.S.C. § 2241 Petition for failure to follow this Court's directive, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the Court **DENIES** Samuel *in forma pauperis* status on appeal.

SO ORDERED, this _____ day of _____, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA